| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1  **Bernard Losie Williamson III** <br> First Name   Middle Name   Last Name | | Social Security number or ITIN  **xxx–xx–2422** <br> EIN  **47–4399094** |
| Debtor 2 <br> (Spouse, if filing)   First Name   Middle Name   Last Name | | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Minnesota** <br> Case number:  **18–41345 – KHS** | | Date case filed for chapter  **7**   **4/26/18** |
| **You can receive** court notices and orders by **email** instead of U.S. Mail via these **two options:** | **For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn**  DeBN |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Bernard Losie Williamson III | |
| 2. | **All other names used in the last 8 years** | asf Parking Lot Maintenance, LLC | |
| 3. | **Address** | 1010 Bay Cir S <br> Annandale, MN 55302–3579 | |
| 4. | **Debtor's attorney** <br> Name and address | Charles E. Paschke <br> Halvorson Langemo & Paschke <br> PO Box 189 <br> Howard Lake, MN 55349 | Contact phone: 320–543–3411 <br> Email: charles@wrightcountylaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Erik Ahlgren <br> Ahlgren Law Office <br> 220 W Washington Ave <br> Ste 105 <br> Fergus Falls, MN 56537 | Contact phone: 218–998–2775 <br> Email: trustee@prtel.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Hours open: Monday – Friday: 8:00am – 5:00pm<br>Contact phone: (612)–664–5200<br>Web address: www.mnb.uscourts.gov<br><br>Date: 4/27/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 16, 2018 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Stearns County History Museum, 235 S 33rd Ave, St Cloud, MN 56301** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 9/14/18**<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Certificate of Completion of Financial Management Course due:**<br>Credit Counseling and Debtor Education Information can be found at<br>http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline: 9/14/18** |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Minnesota

In re:                                                                Case No. 18-41345-KHS
Bernard Losie Williamson, III                                         Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0864-4          User: lindas              Page 1 of 1              Date Rcvd: Apr 27, 2018
                              Form ID: 309A             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2018.
```
db             Bernard Losie Williamson, III,    1010 Bay Cir S,     Annandale, MN 55302-3579
smg           +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
61972248       ARROW CORPORATE OFFICES,     200 S MINNESOTA AVE,    SAINT PETER, MN 56082-2522
61972249      +BROCK WHITE COMPANY LLC,    2575 KASOTA AVE,     SAINT PAUL, MN 55108-1590
61972250       CATHOLIC UNITED FEDERAL CREDIT UNION,    3499 LEXINGTON AVE N,    SAINT PAUL, MN  55126-7055
61972252       COMMERCIAL COLLECTION CORP OF NY,    PO BOX 288,    TONAWANDA, NY 14151-0288
61972253      +FEDERATED CO-OPS, INC.,    502 S 2ND ST,    PRINCETON, MN 55371-1941
61972254      +GRAY PLANT MOOTY,    1010 W SAINT GERMAIN ST STE 500,    SAINT CLOUD, MN 56301-4162
61972255      +HARDRIVES, INC.,    14475 QUIRAM DR,    ROGERS, MN 55374-9067
61972256       HOME DEPOT CREDIT SERVICES,     DEPT.,    32 2192785115,    LOUISVILLE, KY  40290-1030
61972257       INTERNAL REVENUE SERVICE,    PO BOX 37941,    HARTFORD, CT  06176-7941
61972258       KNIFE RIVER,    PO BOX 1333,    SAINT CLOUD, MN 56302-1333
61972259       MN BLACKTOPPING,    3636 QUAIL RD NE,    SAUK RAPIDS, MN 56379-9444
61972260       PLAZA PARK STATE BANK,    WAITE PARK BRANCH,    PO BOX 337,    WAITE PARK, MN 56387-0337
61972261       THEODORE J. LAYTON,    3705 DEERWOOD CT,    SAINT CLOUD, MN 56301-9569
61972262       U.S. BANK HOME MORTGAGE,    PO BOX 20005,    OWENSBORO, KY 42304-0005
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: charles@wrightcountylaw.com Apr 27 2018 21:58:04     Charles E. Paschke,
               Halvorson Langemo & Paschke,    PO Box 189,   Howard Lake, MN  55349
tr            +EDI: BEAHLGREN.COM Apr 28 2018 01:58:00      Erik Ahlgren,   Ahlgren Law Office,
               220 W Washington Ave,    Ste 105,   Fergus Falls, MN 56537-2569
smg           +EDI: MINNDEPREV.COM Apr 28 2018 01:58:00      Minnesota Department of Revenue,
               Bankruptcy Section,    PO BOX 64447,   St Paul, MN 55164-0447
ust           +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Apr 27 2018 21:58:09     US Trustee,
               1015 US Courthouse,    300 S 4th St,   Minneapolis, MN 55415-3070
61972247       E-mail/Text: tpaasonen@affinityplus.org Apr 27 2018 21:58:26
               AFFINITY PLUS FEDERAL CREDIT UNION,    175 W LAFAYETTE FRONTAGE RD,
               SAINT PAUL, MN 55107-1488
61972251       E-mail/Text: sgisler@catholicunitedcu.org Apr 27 2018 21:58:36
               CATHOLIC UNITED FINANCIAL CREDIT UNION,    3499 LEXINGTON AVE N,    SAINT PAUL, MN  55126-7055
61972263       EDI: USAA.COM Apr 28 2018 01:58:00      USAA FEDERAL SAVINGS BANK,    107501 MCDERMOTT FWY,
               SAN ANTONIO, TX  78288-0002
61972264       EDI: USAA.COM Apr 28 2018 01:58:00      USAA FEDERAL SAVINGS BANK,    10750 MCDERMOTT FWY,
               SAN ANTONIO, TX  78288-0002
                                                                                             TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          +US Trustee,    1015 US Courthouse,    300 S 4th St,   Minneapolis, MN 55415-3070
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2018 at the address(es) listed below:
```
              Charles E. Paschke    on behalf of Debtor 1 Bernard Losie Williamson, III
               charles@wrightcountylaw.com, G22715@notify.cincompass.com
              Erik Ahlgren    trustee@prtel.com, MN23@ecfcbis.com
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 3
```